AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| HERSCHEL HALBERSTAM | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-05696 |
| GLOBAL CREDIT & COLLECTION CORP. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GLOBAL CREDIT & COLLECTION CORP.   .

Date:   11/16/2015

S/ David G. Peltan, Esq.
*Attorney's signature*

David G. Peltan, Esq.
*Printed name and bar number*

Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052

*Address*

davidpeltan@peltanlaw.com
*E-mail address*

(716) 374-5431
*Telephone number*

(716) 332-6170
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015 I served the foregoing electronically with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Plaintiff, Betty Hall via her counsels of record –

Adam Fishbein, Esq.

And, I hereby certify that, to the best of my knowledge and information, there are no other participants on this case requiring service by any means.

s/ David G. Peltan<br>
David G. Peltan, Esq.<br>
Attorney for Defendant