**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

November 30, 2015

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: Halberstam v.Global**
      **15 CV 5696 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  Due to unforeseen family circumstances, unfortunately, I was not able to devote sufficient time to complete the motion over the past few days and file today.  As a joint application of both parties, we request that the briefing schedule be adjusted by one week so that we can both properly file our motions on December 7, 2015.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Brandon Wrazen, Esq.