

**PELTAN LAW, PLLC**
1207 Delaware Ave. Suite 466
BUFFALO, NY 14209
716. 332.6141 OFFICE
716.523.7764 MOBILE

**BRANDON M. WRAZEN, ESQ.**
ATTORNEY & COUNSELOR
AT LAW, LICENSED IN:
NEW YORK

RECEIVED
HON. Brian M. Cogan
DEC 17 2015

December 9, 2015

DOCKET & FILE

Eastern District of New York
Attn. Clerk of the Court
225 Cadman Plaza East
Brooklyn, NY 11201

RE.:    1:15-cv-05696 Halberstam v. Global Credit & Collection Corp.

Dear Clerk of the Court:

We represent the Defendant, Global Credit & Collection Corp. in the above referenced case.

Enclosed is a CD containing a recording for the above referenced case to be attached to Dkt. 13, Defendant's Motion for Summary Judgment. Also enclosed is the email exchange between Defendant's and Plaintiff's counsel whereby we sent the attached recording to Plaintiff's counsel and he acknowledged receipt and the ability to access the recording.

Please upload this cover letter and provide Judge Cogan with the copy of the recording for his convenience.

Do not hesitate to contact the undersigned if you have any questions or concerns.

Sincerely,

Brandon M. Wrazen, Esq.

Cc: All participants via ECF

**Brandon Wrazen**

| | |
|---|---|
| **From:** | Adam J. Fishbein <fishbeinadamj@gmail.com> |
| **Sent:** | Tuesday, November 24, 2015 1:55 PM |
| **To:** | Brandon Wrazen |
| **Cc:** | David G. Peltan; Brad Levien |
| **Subject:** | Re: FW: Activity in Case 1:15-cv-05696-BMC Halberstam v. Global Credit & Collection Corp. Scheduling Order |

Yes received and can listen to it.

On Thu, Nov 19, 2015 at 1:54 PM, Brandon Wrazen <brandonwrazen@peltanlaw.com> wrote:

Adam,


I am re-sending the recording in this matter as you had indicated to Mr. Levien and to me in an email, that you did not receive it when it was sent previously on 11/11.


Please confirm receipt and that you are able to listen to it.


Thanks,


Brandon Wrazen, Esq.

Peltan Law, PLLC

1207 Delaware Ave., Suite 466

Buffalo, NY 14209

(716) 322-7648 office

(716) 523-7764 mobile


**\*\*Please note our mailing address and office line have changed\*\***

Please consider the environment before printing this e-mail.

1