

PELTAN LAW, PLLC
1207 Delaware Ave. Suite 466
BUFFALO, NY 14209
716. 332.6141 OFFICE
716.523.7764 MOBILE

BRANDON M. WRAZEN, ESQ.
ATTORNEY & COUNSELOR
AT LAW, LICENSED IN:
NEW YORK

January 14, 2016

Eastern District of New York
Attn. Judge Brian M. Cogan

Via ECF

    **RE.:**    **Halberstam, Herschel v. Global Credit & Collection Corp.**
            **Case Number: 1:15-cv-05696-BMC**

Dear Judge Cogan:

      We represent the Defendant, Global Credit & Collection Corp. in the above referenced case.  We are requesting an adjournment of the January 21, 2016 conference before your Honor. We are requesting an adjournment of three weeks to fully consider all possible options in this matter in light of your ruling on the Cross-Motions for Summary Judgment.  Plaintiff's counsel has been contacted and consents to the adjournment.  However, Plaintiff would like to note their preference to proceed with the next steps, but is consenting to allow Defendant adequate time to fully consider all of the options, including revisiting settlement or appeal.

Thank you for your time.


Sincerely,

*s/ Brandon M. Wrazen* (BW8032)

Brandon M. Wrazen, Esq.

Cc: All participants via ECF