**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 8, 2016

**VIA ECF**
The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: Halberstam v.Global
      15 CV 5696 (BMC)**

Dear Judge Cogan:

I represent the plaintiff in the above matter.  I continue to have a busy motion practice where I had a substantial response brief on a motion due last Friday.  With consent from defendant's counsel, plaintiff respectfully requests a one week extension until March 17 to file our response to defendant's motion to certify issue for appeal.  We of course agree that the defendant be granted an additional week as well.

Thank you for the Court's consideration of the foregoing.


Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Brandon Wrazen, Esq.