AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Herschel Halberstam ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  15-cv-5696 |
| Global Credit and Collection Corp. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Herschel Halberstam                                                                                             .

Date:     12/15/2016                                                              s/Tiffany N. Hardy
                                                                                                  *Attorney's signature*

                                                                                    Tiffany N. Hardy, TH0933
                                                                                    *Printed name and bar number*

                                                                        Edelman, Combs, Latturner & Goodwin, LLC
                                                                                          20 S. Clark St., Suite 1500
                                                                                                Chicago, IL 60603

                                                                                                      *Address*

                                                                        courtecl@edcombs.com; thardy@edcombs.com;
                                                                                          aalvarez@edcombs.com
                                                                                                 *E-mail address*

                                                                                                 (312) 739-4200
                                                                                                 *Telephone number*

                                                                                                 (312) 419-0379
                                                                                                    *FAX number*